**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 1:13-CR-10295 _____

DEREK KERRINS
_____
          Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 08/27/2014 _____ to represent said defendant in this cause until further order of the Court.

ROBERT M. FARRELL
Clerk of Court

Date: 08/28/2014 _____       By: /s/ Timothy DesLauriers _____
                                              Deputy Clerk