✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Massachusetts

United States of America

V.

Derek Kerrins

**EXHIBIT AND WITNESS LIST**

Case Number: 1:13-cr-10295-FDS-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer C. Boal | Scott Garland | Jane F. Peachy |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/29/2014 - 8/29/2014 | Digital Recorder | Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/29/2014 | | | Supervising Probation Officer M. Flynn |
| 1 | | 8/29/2014 | Y | Y | Probation petition filed in case # 13-cr-10295 and docked as entry # 3 |
| 2 | | 8/29/2014 | Y | Y | Summary of Violations as to Derek Kerrins |
| 3 | | 8/29/2014 | Y | Y | Exhibit submitted under seal as to Derek Kerrins |
| 4 | | 8/29/2014 | Y | Y | Summary of Incidents related to failure to appear as to Derek Kerrins |
| 5 | | 8/29/2014 | Y | Y | Summary of danger related Incidents as to Derek Kerrins |
| | A | 8/29/2014 | Y | Y | Letter confirming a appointment to meet with a neurologist as to Derek Kerrins |
| | B | 8/29/2014 | Y | Y | Exhibit submitted under seal as to Derek Kerrins |
| | C | 8/29/2014 | Y | Y | MA learner's permit as to Derek Kerrins |
| | D | 8/29/2014 | Y | Y | Confirmation registration letter from OSHA as to Derek Kerrins |
| | E | 8/29/2014 | Y | Y | String of emails as to Derek Kerrins sent by Michael Kineavy |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages