AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
2014 SEP -5 A 10: 07
U.S. DISTRICT COURT
DISTRICT OF MASS.

2014 AUG 20 A 11: 24

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DEREK KERRINS | ) Case No. 1:13-CR-10295-FDS-1 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Derek Kerrins    (USM# 04041-049)    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:
   Violation of conditions of supervision.

Date:    08/20/2014

*Issuing officer's signature*

City and state:    USDC - BOSTON, MA

Pietro Cicolini, Deputy Clerk
*Printed name and title*

---

**Return**

   This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
WARRANT EXECUTED BY   USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON    8-27-14

*Arresting officer's signature*

*Printed name and title*