Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Derek Kerrins    **Case Number:** 13 CR 10295

**Name of Sentencing Judicial Officer:** Honorable F. Dennis Saylor, IV, U.S. District Judge

**Date of Original Sentence:** 7/29/08
**Date of Revocation Sentence:** 9/09/14

**Original Offense:** Conspiracy to Distribute Oxycodone, in violation of 21 U.S.C. 846 & 841(a)(1)

**Original Sentence:** 60 months custody of the Bureau of Prisons to be followed by three(3) years of supervised release.

**Revocation Sentence:** 2 months custody to be followed by 24 months of supervised release.

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 12/18/12
                                                **Date Supervision Recommenced:** 10/24/14

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

The defendant shall serve six (6) months in a residential reentry center, specifically the Lawrence Correctional Alternative Center, and shall abide by the rules of that facility.

### CAUSE

I   **Violation of Standard Condition # 7:** The defendant shall refrain from excessive use of alcohol and shall purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

On 11/10/14, Derek Kerrins submitted a urine specimen to staff at Coolidge House, after which, it returned positive for the presence of cocaine metabolite. Kerrins was confronted with the test results, however he denied knowingly ingesting cocaine.

II   **Violation of Special Condition:** The defendant is to reside for a period of six(6) months in a residential reentry center and shall observe the rules of the facility.

On 12/5/14, Derek Kerrins was terminated from Coolidge House as a result of his use of cocaine as reflected in Violation I.

Prob 12B          - 2 -          **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender**

The U.S. Probation Officer met with Kerrins on the day he was terminated from Coolidge House and proposed the aforementioned modification of conditions. Kerrins indicated a willingness to having his conditions modified to allow him the opportunity to be placed at the Lawrence Correctional Alternative Center for six(6) months. Kerrins' legal counsel was also advised of the proposed modification.

Attached hereto, the Court will notice the Prob. Form 49 (Waiver of Hearing to Modify Conditions), signed by Kerrins agreeing to the modification.

Reviewed/Approved by:                        Respectfully submitted,

*/s/ Martin Flynn*                         */s/ Paul C. Prevey*

By

Martin Flynn                                Paul C. Prevey
Supervising U.S. Probation Officer          Senior U.S. Probation Officer
                                                     Date: 12/08/14

**THE COURT ORDERS**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

12-11-14
Date

PROB 49
D/MA 07/09

## Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

### UNITED STATES DISTRICT COURT
for the
### DISTRICT OF MASSACHUSETTS

I have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall serve six (6) months in a residential reentry center, specifically, the Lawrence Correctional Alternative Center, and shall abide by the rules of that facility.**

Witness: _____         Signed: _____
Paul C. Prevey                                               Derek Kerrins
Senior U. S. Probation Officer                     Supervised Releasee

_____12-5-14_____
DATE