## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : **Docket No.: 13-cr-10295-FDS** |
| | : |
| **DEREK KERRINS** | : |

### ASSENTED-TO MOTION TO CONTINUE
### FINAL SUPERVISED RELEASE HEARING

Defendant Derek Kerrins hereby moves, through counsel, to continue his final supervised release hearing from the present date of March 23, 2015, to March 25, 2015[1] or some other date convenient to the Court and the parties.  As grounds therefor, counsel for the defendant has a conflict in scheduling on March 23, 2015, including a Rule 11 hearing in *United States v. Karl Leeman*, 14-cr-10086-PBS at 9:30 AM, as well as a multi-defendant sentencing in the case of *United States v. Margaret Mathes,* 13-cr-10276-MLW at 10:30 AM, both already scheduled for the morning of March 23, 2015.

The Assistant United States Attorney appointed to this case, Scott Garland, as well as Mr. Kerrins' probation officer, Paul Prevey, assent to this request.

> **Respectfully Submitted,**
> **DEREK KERRINS,**
> **By his Attorney,**
>
> **/s/ Jane Peachy**
> **Jane Peachy, BBO #661394**
> **Assistant Federal Public Defender**
> **Federal Public Defender Office**
> **51 Sleeper Street, 5th Floor**
> **Boston, MA  02210**
> **Tel: 617-223-8061**

---

[1] Counsel for the defendant has a pre-trial conference at 2:00 on March 25, but is otherwise available. Counsel for the government has indicated that he is available all day on March 25.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 9, 2015.

<u>*/s/ Jane Peachy*</u>
**Jane Peachy**