# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DEREK KERRINS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>**Case Number:** 1: 13 CR 10295 - 001 - FDS<br><br>Jane Peachy, Esquire<br>Defendant's Attorney |

Sentenced 7/29/08

1st Revocation 9/9/14

## THE DEFENDANT:

[x] admitted guilt to violation of condition(s)  I, II, III, IV  of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | Refrain from excessive use of alcohol and shall use controlled substance | 11/10/14 |
| II | Participate in program approved by U.S. Probation Office for narcotic addiction (12/15114 and 1122/15, Kerrins failed to report for testing) | 12/15/14 |
| III | Shall serve 6 months in residential reentry center (Lawrence Correctional Alternative Center) | 02/22/15 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| | 03/25/15 |
| Defendant's Soc. Sec. No.: 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 | Date of Imposition of Judgment |
| Defendant's Date of Birth: 00/00/82 | /s/ F. Dennis Saylor, IV |
| Defendant's USM No.: 04041-049 | Signature of Judicial Officer |
| Defendant's Residence Address:<br>Melrose, MA | The Honorable F. Dennis Saylor IV<br>Judge, U.S. District Court<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>Melrose, MA | 3/25/2015<br>Date |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER:   1: 13 CR 10295 - 001 - FDS
DEFENDANT:   DEREK KERRINS

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    8 month(s)

No term of supervised release to follow.

[x]   The court makes the following recommendations to the Bureau of Prisons:

That the defendant serve his term of imprisonment at a facility commensurate with security, and if at all possible the term to be served at FCI Schuylkill, in Pennsylvania.

[x]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
  [ ] at _____ on _____
  [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _____ on _____
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal